UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYRONE ANTWAN WALKER,

        Plaintiff,

v.                                 Case No. 3:23-cv-511-MMH-MCR

SERGEANT SEAN BAILEY, et al.

        Defendants.
_____

**ORDER**

    1. Plaintiff's Motion for Appointment of Counsel (Doc. 43) is **DENIED without prejudice**. Plaintiff previously filed requests for appointment of counsel (Docs. 8, 15) with similar assertions, which were denied. *See* Orders (Docs. 12, 19). The circumstances have not meaningfully changed to justify a different ruling at this time.

    2. Defendant Walden's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. 46) is **GRANTED to the extent** that Defendant Walden shall file response to the Amended Complaint (Doc. 14) by **April 26, 2024**.

    3. The parties are reminded that the moving party must "confer with the opposing party in a good faith effort to resolve the motion," and file a certification "[a]t the end of the motion" to the effect that such a conference has

been made and advising the Court whether the parties agree on the relief requested. Local Rule 3.01(g). **This requirement applies to cases involving incarcerated individuals who are proceeding pro se. Future filings that do not comply may be denied.**

 **DONE AND ORDERED** at Jacksonville, Florida, this 16th day of April, 2024.

        MONTE C. RICHARDSON
       UNITED STATES MAGISTRATE JUDGE

caw 4/12
c:
Tyrone Antwan Walker, #B04225
Counsel of Record